UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                                    :
YOSANDRA M. VIDAL,
                                    :
                 Plaintiff,              **ORDER**
                                    :
        -against-                   **09 Civ. 6607(PAC)(MHD)**
                                    :
COMMISSIONER OF SOCIAL SECURITY,
                                    :
                 Defendant.
                                    :
------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


        It is hereby **ORDERED** as follows:


        1.    Defendant is to serve and file his answer by no later

              than **WEDNESDAY, OCTOBER 7, 2009**.


        2.    Defendant is to serve his motion for judgment on the

              pleadings by no later than **WEDNESDAY, NOVEMBER 4, 2009**.


        3.    Plaintiff is to serve his responding papers by no later

              than **WEDNESDAY, DECEMBER 2, 2009**.  Defendant's reply

              will be due no later than **WEDNESDAY, DECEMBER 16, 2009**.

DATED:   New York, New York
         September 9, 2009

                              SO ORDERED.


                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE




Copies of the foregoing Order have been mailed this date to:

Ms. Yosandra M. Vidal
2585 Grand Concourse
Apt. 25
Bronx, NY 10460


Susan Colleen Branagan, Esq.
Fax: (212) 637-2750